

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2022

No. 04-22-00161-CR

Brandon Joshua **VIGIL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 20-06-13648-CR
Honorable Daniel J. Kindred, Judge Presiding

# O R D E R

Appellant was initially represented by Courtney Dailey, court-appointed counsel from the Hill Country Regional Public Defender's Office. On April 26, 2022, retained counsel Daniel De La Garza and Dayna L. Jones filed notices of appearance to represent Appellant on appeal. Subsequently, Courtney Dailey filed a motion to withdraw as appellate counsel.

Courtney Dailey's motion to withdraw is GRANTED.

We direct the clerk of this court to update this court's records accordingly.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court